ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
KRISTI L. SISCO,              :

        Plaintiff,   :

   - v. -                     :

                              :   STIPULATION AND ORDER
                                  07 Civ. 11324 (DC)

MICHAEL J. ASTRUE,            :
Commissioner of
Social Security,              :

        Defendant.    :
- - - - - - - - - - - - - - - - -x

MEMO ENDORSED

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 22, 2008 to and including April 25, 2008.  This extension is requested



RECEIVED
FEB 15 2008
JUDGE CHIN'S CHAMBERS

because the administrative record has not yet been received by the defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       January 31, 2008

                                            CAROL S. GOLDSTEIN, ESQ.
                                            Attorney for Plaintiff
                                            P.O. Box 525
                                            Monroe, New York 10949
                                            Telephone No. (845) 783-1178

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York
                                            Attorney for Defendant

                            By: _____
                                JOHN E. GURA, JR.
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York   10007
                                Telephone No.: (212) 637-2712
                                John.Gura@usdoj@gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2/21/08