UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

KRISTI L. SISCO,                              :

              Plaintiff,          :      **ORDER**

    - against -                              :      07 Civ. 11324 (DC)

MICHAEL J. ASTRUE,                            :
Commissioner of Social Security,
                                     :
              Defendant.
                                     :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

        The parties shall cross move for judgment on the pleadings. Plaintiff shall move no later than June 5, 2008. The Government shall move no later than June 19, 2008. Plaintiff shall submit his reply/opposition no later than June 30, 2008, and the Government shall submit its reply/opposition no later than July 10, 2008.

        SO ORDERED.

Date:   New York, New York
       May 6, 2008

                                      DENNY CHIN
                                      United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/6/08]