# MEMO ENDORSED

☐ ORIGINAL

CHINS.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212)637-2712
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
KRISTI L. SISCO,                    :
                                    :
                 Plaintiff,         :
                                    :
        - v. -                      :   STIPULATION AND ORDER
                                    :        OF REMAND
MICHAEL J. ASTRUE,                  :   07 Civ. 11324 (DC)
Commissioner of                     :
Social Security,                    :
                                    :
                 Defendant.         :
- - - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that this

action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),



MAY 16 2008
JUDGE CHIN'S CHAMBERS

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       May 8, 2008

*Carol S. Goldstein*
CAROL S. GOLDSTEIN, ESQ.
Attorney for Plaintiff
P.O. Box 525
Monroe, New York 10949
Telephone No. (845)783-1178

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *John E. Gura, Jr.*
JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

_____
United States District Judge

5/16/08